**JOHN F. MARTIN, ESQ. (SBN 52618)**
**CHRISTINE HOPKINS, ESQ. (SBN 240248)**
**LAW OFFICES OF JOHN F. MARTIN**
A Professional Corporation
3100 Oak Road, Suite 230
Post Office Box 5331
Walnut Creek, CA  94596
Telephone:   (925) 937-5433
Facsimile:   (925) 938-5567

Attorneys for Plaintiff
JUNE COLEMAN

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUNE COLEMAN

        Plaintiff,

v.

BAY AREA CONSORTIUM FOR
QUALITY HEALTH CARE; DOES 1-10

        Defendants.

_____/

Case No. 3:08-cv-05801-MHP

**STIPULATION AND [PROPOSED] ORDER TO VACATE AND RESCHEDULE APRIL 6, 2009 CASE MANAGEMENT CONFERENCE**

       Pursuant to the March 27, 2009 letter submitted to this Court by Defendant Bay Area Consortium for Quality Healthcare, Plaintiff has agreed to vacate the April 6, 2009 Case Management Conference and reschedule that a Case Management Conference for April 20, 2009 at 4:00 p.m. Plaintiff has conferred with Defendants, who are still unrepresented by counsel at this time, and Defendants agree to April 20th as the new Case Management Conference date. Defendants anticipate retention of counsel within the next few days. In order to allow Defendant's time to secure representation, Plaintiff agrees to extend Defendant's time to file an Answer to April 20, 2009.

DATED:   April 6, 2009

                             LAW OFFICES OF JOHN R. MARTIN
                             A Professional Corporation

            By:                /s/
                           CHRISTINE HOPKINS
                           Attorney for Plaintiff

1

1    IT IS HEREBY ORDERED THAT:

2        Pursuant to the above stipulation, the April 6, 2009 Case Management Conference is vacated and

3 rescheduled to April 20, 2009 at 4:00 p.m.

4        Defendant shall file an Answer to Plaintiff's Complaint by April 20, 2009.

6    DATE: _ 4/8/2009 _____

7                _____

HONORABLE MARILYN H. PATEL



2