JOHN F. MARTIN, ESQ. (Bar No. 52618)
CHRISTINE HOPKINS, ESQ. (Bar No. 240248)
LAW OFFICES OF JOHN F. MARTIN
A Professional Corporation
3100 Oak Road, Suite 230
Post Office Box 5331
Walnut Creek, CA 94596
Telephone: (925) 937-5433
Facsimile: (925)938-5567

Attorneys for Plaintiff,
JUNE COLEMAN

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE COLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>BAY AREA CONSORTIUM FOR QUALITY HEALTH CARE; and DOES 1-10<br><br>Defendants. | Case No: 3:08-CV-05801MHP<br><br>(~~PROPOSED~~) ORDER GRANTING MOTION TO WITHDRAW |

The Law Offices of John F. Martin, PC, John F. Martin, and Christine Hopkins' motion for leave to withdraw came on hearing before this Court on November 22, 2010 at 3:00 p.m. After considering the moving papers and all the evidence set forth in such papers and the inferences reasonably deducible therefrom, and good cause appearing, IT IS HEREBY ORDERED THAT the motion for leave to withdraw is GRANTED, and Law Offices of John F. Martin, PC, John F. Martin, and Christine Hopkins are hereby terminated as counsel in this proceeding immediately upon service of this Order on Plaintiff June Coleman by first class U.S. mail. *and further plaintiff was notified by certified mail and e-mail that she must appear on this date, and, having failed to appear this action is Dismissed with prejudice.*

IT IS SO ORDERED.

Dated: 11/22, 2010

_____
Honorable Marilyn Hall Patel
United States District Judge

(PROPOSED) ORDER GRANTING MOTION TO WITHDRAW    Case No.: 3:08-CV-05801